# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Albert, Theodor C. | U.S. Bankruptcy Court | 06/12/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

411 W. Fourth Street
Santa Ana, CA 92701-4593
Suite 5085

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Old Towne Preservation Association (see Part VIII) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 06/12/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | Chapman University, Fowler School of Law | $6,450.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1/17-12/17 | periodic partner draws from her lawfirm Gaskell&Brown LLP |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | California Bankruptcy Forum | May 2017 | Coronado, California | annual conference | two nights lodging and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 06/12/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | credit card balance | K |
| 2. | Wells Fargo | credit card balance | J |
| 3. | Macy's credit | credit card balance | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 06/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Georgia Dover Educ. Trust #2 | A | Dividend | L | T | Distributed (part) | 10/1/17 | J | | |
| 2.  -Washington Mutual Investors Fund | A | Interest | L | T | Distributed (part) | 10/01/17 | J | | |
| 3.  -Learning Quest | A | Interest | J | T | Distributed (part) | 10/01/17 | J | | |
| 4.  Bank of America checking | A | Interest | J | T | | | | | |
| 5.  Wells Fargo Checking (see Part VIII) | A | Interest | J | T | | | | | |
| 6.  Wells Fargo Checking (see Part VIII) | A | Interest | J | T | | | | | |
| 7.  Simple IRA Wells Fargo Advisors | A | Interest | K | T | | | | | |
| 8.  Wells Fargo Advisors #1 header | | | | | | | | | |
| 9.  -Wells Fargo Cash deposit | A | Interest | J | T | | | | | |
| 10.  -BP PLC Spons ADR | A | Dividend | J | T | | | | | |
| 11.  -Darden Restaurants | A | Dividend | J | T | | | | | |
| 12.  -Frontier Communications | A | Dividend | J | T | | | | | |
| 13.  -General Electric Corp. | A | Dividend | J | T | | | | | |
| 14.  -New York Community Bancorp. | A | Distribution | J | T | | | | | |
| 15.  -Morgan Stanley Fix/Float CPA Note | A | Interest | J | T | Sold (part) | 07/17/17 | K | A | |
| 16.  -Morgan Stanley Fix/Float | A | Interest | K | T | | | | | |
| 17.  -U.S. Treasury Bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 06/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Aberdeen Asia Pacific Fund | B | Dividend | J | T | | | | | |
| 19. -Morgan Stanley Emerging Market Fund | A | | K | T | | | | | |
| 20. -Eaton Vance Tax Managed Global | A | Dividend | J | T | | | | | |
| 21. -Eaton Vance Tax Managed | A | Dividend | K | T | | | | | |
| 22. -Gabelli Dividend&Income Trust | A | Dividend | J | T | | | | | |
| 23. -Blackrock Enhanced Govt. Fund | A | Dividend | J | T | | | | | |
| 24. -Green Mountain Coffee | A | Dividend | J | T | | | | | |
| 25. -Frontier Communications | A | Dividend | J | T | Buy (add'l) | 07/10/17 | J | | |
| 26. -Frontier Communications | A | Dividend | J | T | Sold (part) | 07/10/17 | J | A | |
| 27. -Intel Corp. | A | Dividend | J | T | Buy | 06/09/17 | J | | |
| 28. -Intel Corp. | A | Dividend | | | Sold | 11/06/17 | J | A | |
| 29. -Vanguard Divid Appr ETF | A | Dividend | K | T | Buy | 11/06/17 | K | | |
| 30. -New York Comm Bancorp | A | Dividend | J | T | Buy (add'l) | 01/25/17 | J | | |
| 31. -Hawaiian Elec. Inds I | A | Dividend | J | T | Buy | 01/11/17 | J | | |
| 32. --Amgen Inc. | A | Dividend | J | T | | | | | |
| 33. Wells Fargo Advisors #2 header | | | | | | | | | |
| 34. -Cash sweep account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 06/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Two Harbors Invt. Corp. | A | Dividend | J | T | | | | | |
| 36. -LaSalle Bank Floating Rate | | None | K | T | | | | | |
| 37. Wells Fargo Advisors #3 IRA header | | | | | | | | | |
| 38. -La Salle Bank floating Rate | A | Interest | K | T | | | | | |
| 39. -Aust. Currency Shres DL ETF | | None | J | T | | | | | |
| 40. -SPDR DB Intl. Govt. | | None | J | T | | | | | |
| 41. -Xerox Corp.aka Conduent, Inc. see Part VIII | A | Distribution | J | T | | | | | |
| 42. -C. SPLS 032015. | | None | J | T | | | | | |
| 43. -C SPLS 032015 | | None | J | T | | | | | |
| 44. -Staples Inc. | A | Dividend | | | Sold (part) | 09/13/17 | J | | |
| 45. -Hecla Mining | A | Dividend | | | | | | | |
| 46. -AT&T | A | Dividend | J | T | | | | | |
| 47. -Guggenheim Build Am. | A | Dividend | K | T | | | | | |
| 48. -Pfizer | A | Dividend | J | T | | | | | |
| 49. -Pfizer | A | Dividend | J | T | | | | | |
| 50. -Amgen. Inc. | A | Dividend | J | T | | | | | |
| 51. -Amgen, Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Amgen, Inc. | A | Dividend | J | T | | | | | |
| 53. -Starz Series A | A | Dividend | | | | | | | |
| 54. -Guggenheim Build Am. | A | Dividend | J | T | | | | | |
| 55. -Deere&Co. | A | Dividend | J | T | | | | | |
| 56. -Nuveen S&P 500 Buy-Write | A | Dividend | J | T | | | | | |
| 57. -Firstenergy Corp. | A | Dividend | J | T | Buy (add'l) | 01/18/17 | J | | |
| 58. -Google CL C Non-voting | | None | J | T | | | | | |
| 59. -Hertz Global Holdings | | None | J | T | Sold (part) | 11/24/17 | J | A | |
| 60. -Ford Motor Co. | A | Dividend | J | T | | | | | |
| 61. -JPMorgan Chase med. notes | A | Interest | L | T | Sold (part) | 11/24/17 | J | A | |
| 62. -Hecla Mining | A | Dividend | J | T | | | | | |
| 63. -Hecla Mining | A | Dividend | J | T | | | | | |
| 64. -Fitbit, Inc. CL A | A | Dividend | K | T | | | | | |
| 65. -Hecla Mining Co. | A | Dividend | K | T | | | | | |
| 66. -At&T Inc. | A | Dividend | J | T | | | | | |
| 67. -IShares MSCI ETF | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 68. -Salesforce.com | A | Dividend | J | T | Buy | 11/24/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 06/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Alibaba Grp. | A | Dividend | J | T | Buy | 11/24/17 | J | | |
| 70. -Amazon,Inc. | A | Dividend | J | T | Buy | 3/27/17 | J | | |
| 71. -Hanesbrands, Inc. | A | Dividend | J | T | Buy | 03/03/17 | J | | |
| 72. -Twitter, Inc. | A | Dividend | J | T | Buy | 11/24/17 | J | | |
| 73. -Zagg, Inc. | A | Dividend | J | T | Buy | 11/24/17 | J | | |
| 74. -US Treasury Inf. Indexed Notes | A | Interest | K | T | Buy | 03/08/17 | J | | |
| 75. The ▮ Trust (see partVIII) header | | | | | | | | | |
| 76. -City National Bank | A | Interest | | | Distributed | 05/15/17 | L | A | |
| 77. -Wells Fargo Bank | B | Interest | | | Distributed | 05/15/17 | L | A | |
| 78. -WellsFargo Bank | B | Interest | | | Distributed | 05/15/17 | L | A | |
| 79. -Chase Bank | A | Interest | | | Distributed | 05/15/17 | L | A | |
| 80. -Union Bank | A | Interest | | | Distributed | 05/15/17 | J | A | |
| 81. -Bank of America | A | Interest | | | Distributed | 05/15/17 | J | A | |
| 82. The ▮ Trust (see part VIII) header | | | | | | | | | |
| 83. -Toronto Dominion Bank note | A | Interest | K | T | Buy | 10/03/17 | J | | |
| 84. -Tornoto Dominion Bank note | A | Interest | K | T | Sold (part) | 11/30/17 | J | | |
| 85. -Goldman Sachs CD | A | Interest | J | T | Buy | 10/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 06/12/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Morgan Stanley SR unsec. variable | A | Interest | K | T | Buy | 10/04/17 | J | | |
| 87. -State Bank of India CD | A | Interest | J | T | Buy | 10/03/17 | J | | |
| 88. Wells Fargo Advisors header | | | | | | | | | |
| 89. -Morgan Stanley Fixed to Float note | A | Interest | K | T | Buy | 07/21/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 06/12/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII Investments cont. Items #1 Georgia Dover Educational trust are invested in Washington Mutual Investor's Fund adminstered by Learning Quest.

VII Investments cont. Item#5: This Wells Fargo account holds monies received as my distribution from ▆ Trust 05/15/2017
VII Investments cont. Item#6: This account is the operating account for ▆ lawfirm Gaskell & Brown. Balance fluctuates daily.

VII Investments cont. Item #41: This event is described by Wells Fargo Advisors, who manages the account, as a spinoff from Xerox of a new subsidiary Conduent,Inc. , not a dividend

VII Investments cont. Item #75-81 and 82-87 : The great bulk of the ▆ Trust was distributed to the beneficiaries. However, a portion of the funds are still being administered at Wells Fargo Advisors by me in a joint account for benefit of ▆, who was a beneficiary of the ▆ Trust but not quite 25 years of age. The joint account with ▆ assent is now being administered for ▆ education although I am still on title jointly as a protective device..
VII Investments cont. Item #89 an account held jointly ▆ at Wells Fargo Advisors.

Part I: Old Towne Preservation Association is a non-profit charitable/educational association dedicated to the preservation of architecutre from before 1930 in Old Towne Orange, CA. The directorship is unpaid.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Theodor C. Albert**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544